VICKSBURG WATERWORKS COMPANY *v.* CITY OF VICKSBURG.

APPEAL.    *Removal to federal court.    Code* 1892, § 34.    *Chancery practice.*

A decree of a chancery court, denying an application to remove the cause to a federal court, is not appealable to the state supreme court until after final decree; such an appeal is not within code 1892, § 34, authorizing appeals from interlocutory decrees in certain cases.

FROM the chancery court of Warren county.

HON. WILLIAM C. MARTIN, Chancellor.

The city of Vicksburg, appellee, was complainant in the court below; the Vicksburg Waterworks Company was defendant there.    The defendant moved the court for a decree removing the case to the federal court, which motion was overruled, and from the order overruling the motion the defendant appealed to the supreme court.

*S. S. Hudson,* for appellant.
*Magruder & Bryson,* for appellee.

*Per Curiam:* The order of the chancery court refusing to remove the cause to the federal court is not such an interlocutory order as may be appealed from under § 34, code 1892.    The appeal is, therefore, dismissed, and appellant is allowed fifteen days from the date of filing the mandate in the court below in which to plead, answer or demur to the bill.